**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**NATIONAL ENTERPRISES, INC.,**
**Plaintiff,**

**vs.** **C.A. NO. 94-0403T**

**CLAYTON SHACKLETON,**
**Defendant.**

**MOTION TO SUBSTITUTE ATTORNEY**

The undersigned, Lynda Laing, Esq., hereby withdraws her appearance as counsel on behalf of National Enterprises, Inc. Melissa M. Horne, of the firm of Winograd, Shine & Zacks, P.C., simultaneously enters her appearance as counsel of record for National Enterprises, Inc.

/s/ Lynda Laing, Esq.
Lynda Laing, Esq.
Strauss, Factor, Laing & Lyons
222 Richmond Street, Ste. 208
Providence, RI 02903
Telephone: (401) 456-0700
Facsimile: (401) 421-4730
Dated: February 19, 2008

/s/ Melissa M. Horne, Esq.
Melissa M. Horne, Esq.
State Bar No. 5291
Winograd, Shine & Zacks, P.C.
123 Dyer Street
Providence, RI 02903
Telephone: (401) 273-8300
Facsimile: (401) 272-5728
Dated: February 19, 2008

**CERTIFICATION**

I certify that on the 19th day of February, 2008, I caused a copy of the foregoing pleading to be served by regular mail to John T. Sheehan, Esq., 32 Bayside Avenue, Newport, RI 02840.

/s/ Melissa M. Horne, Esq.