UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

NATIONAL ENTERPRISES, INC.
Plaintiff

vs.

CLAYTON SHACKLETON
Defendant

C. A. No. 94-0403T

ENTER: Ernest C. Torres
Ernest C. Torres
US District Judge

March 29, 1995

**STIPULATION OF JUDGMENT**

By agreement of the parties, Judgment may enter for the Plaintiff in the amount of $65,968.59.

NATIONAL ENTERPRISES, INC.

By Its Attorney

Maria J. Goncalves

Maria J. Goncalves, Esq. (#4805)
Adler Pollock & Sheehan Incorporated
2300 Hospital Trust Tower
Providence, RI 02903
Tel: (401) 274-7200
Fax: (401) 351-4607
Dated: ~~November ___, 1994~~
March 28, 1995

CLAYTON SHACKLETON

By His Attorney

John T. Sheehan, Esquire
32 Bayside Avenue
Newport, Rhode Island 02840

I:\DOCS\DOCSNZ\NAT'LENT\SHACKLE\STIPJ.SAM

Attest to
True Copy
DAVID A. DIMARZIO
By Frances McCabe
Deputy Clerk

RECEIVED
ADLER POLLOCK & SHEEHAN
INC.
2300 Hospital Trust Tower
Providence, Rhode Island 02903

MAR 27 1995