# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

**CA.** 94-0403T

## The President of the United States of America

*To the Marshal of the United States for the District of Rhode Island, or his Deputy,*

*GREETING: WE COMMAND YOU to attach the goods, chattels and real estate of*

Clayton Shackleton
(NAME)

261 Betsy Williams Drive, Warwick, RI 02889
(ADDRESS))

*and them in safe custody keep; and also to attach the personal estate of the said*

Clayton Shackleton
(NAME)

*in the hands or possession of* John Sheehan, Esq., Registered Agent for
(NAME)
EG Land Company, LLC

*of* 32 Bayside Avenue, Newport, RI 02840
(ADDRESS)

*as the Trustee of said* Clayton Shackleton
(NAME)

*and also attach h*is*stock or shares in any banking association or incorporated company to the*

*value of* One hundred fifty thousand fifty dollars and 28/100 ($150,050.28) *dollars;*
(AMOUNT OF PLAINTIFF'S DEMAND FOR JUDGMENT TOGETHER WITH REASONABLE ALLOWANCE FOR INTEREST AND COSTS)

*as demanded by* National Enterprises, Inc.
(NAME)

*of* c/o Melissa M. Horne, Esq., Winograd, Shine & Zacks, P.C., 123 Dyer Street
(ADDRESS) Providence, RI 02903

*in an Action commenced by a Complaint filed with said Court on* August 3, 1994
(DATE OF COMMENCEMENT OF THE ACTION)

*at our U.S. District Court at Providence within and for the District of Rhode Island, and make due return of this Writ with your doings thereon.*

*You are commanded to serve said party with a copy of this Writ of Attachment and of the return of service thereof (~~when summons and complaint are served upon said Defendant in an action in connection with which said attachment is made~~).**

*WITNESS, the Hon.* Lincoln Almond, Mag. *Judge of said Court, at Providence,*

*this* ........ *day of* February, *A.D.* 2008

Clerk

* MATTER IN BRACKETS NOT APPLICABLE WHEN THIS IS A SUBSEQUENT ATTACHMENT.

FILED

2008 FEB 27 A 9:58

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

# WRIT OF ATTACHMENT

## CIVIL ACTION

**File # CA.** 94-0403T

NATIONAL ENTERPRISES, INC.
**Plaintiff(s)**

v.

CLAYTON SHACKLETON
**Defendant(s)**

Attorney for Plaintiff(s)
Melissa M. Horne, Esq. (#5291)
Winograd, Shine & Zacks, P.C.
123 Dyer Street
Providence, RI 02903

I, Melissa M. Horne, Esq., Counsel for, Plaintiff named in the within Writ, make affidavit and say that National Enterprises, Inc.

ha.... a just claim against the Defendant, Clayton Shackleton

named in said Writ that is due, upon which .....he.... expects to recover in said action a sum sufficient to give jurisdiction to the Court tow which said Writ is returnable.

Subscribed and sworn to at Providence in the County of Providence this ........ day of February A.D. 2008

Before me,

..............................................

Notary Public