**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**NATIONAL ENTERPRISES, INC.,**
**Plaintiff,**

**vs.** **C.A. NO. 94-0403 T**

**CLAYTON SHACKLETON,**
**Defendant.**

**NOTICE OF DEPOSITION**

PLEASE TAKE NOTICE that, pursuant to Rules 30 and 69(a)(2) of the Federal Rules of Civil Procedure, Plaintiff will take the deposition of Defendant, Clayton Shackleton, commencing at **10:00 a.m.** on **March 17, 2008**, at the offices of **Winograd, Shine & Zacks, P.C.**, 123 Dyer Street, Providence, Rhode Island. This Deposition shall continue from day to day until completed, and will be taken before a Notary Public or before some other officer authorized by law to administer an oath. You are invited to attend and participate in the manner provided for in the Federal Rules of Civil Procedure.

A Subpoena Duces Tecum will be served in connection with this deposition, a copy of which is attached hereto.

**NATIONAL ENTERPRISES, INC.,**

/s/ Melissa M. Horne, Esq.

Melissa M. Horne, Esq.
State Bar No. 5291
Winograd, Shine & Zacks, P.C.
123 Dyer Street
Providence, RI 02903
Telephone: (401) 273-8300
Facsimile: (401) 272-5728
Dated: February 22, 2008

**CERTIFICATION**

I certify that on the 6th day of March, 2008, I caused a copy of the foregoing pleading to be served by regular mail to John T. Sheehan, Esq., 23 Acorn Street, Providence, RI 02903.

/s/ Melissa M. Horne, Esq.