U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

| | |
|---|---|
| PLAINTIFF: NATIONAL ENTERPRISES, INC. | COURT CASE NUMBER: 94-0403T |
| DEFENDANT: CLAYTON SHACKLETON | TYPE OF PROCESS: WRIT OF ATTACHMENT |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
John Sheehan, Esq., Registered Agency for EG Land Company, LLC

**AT** ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
Law office of Kevin McKenna
23 Acorn Street, Providence, RI 02903

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Melissa M. Horne, Esq.
Winograd, Shine & Zacks, P.C.
123 Dyer Street
Providence, RI 02903

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | 0 |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):*

Fold

Fold

Writ of Attachment must be served on or before March 7, 2008.
A hearing on objections to the attachment is scheduled for March 12, 2008 at 3:00 p.m. in Courtroom A, Pastore Federal Building, Providence, RI 02903.

PLEASE NOTIFY MELISSA M. HORNE, ESQ. (401) 273-8300 ONCE SERVICE IS COMPLETE.

Signature of Attorney or other Originator requesting service on behalf of: Melissa Horne
National Enterprises, Inc.

☒ PLAINTIFF ☐ DEFENDANT

TELEPHONE NUMBER: (401) 273-8300
DATE: 3/6/08

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 070 | No. 070 | [signature] | 3/6/08 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address *(complete only if different than shown above)*

Date of Service: 3-6-08 Time: 1430 pm

Signature of U.S. Marshal or Deputy: [signature]

DISTRICT OF RHODE ISLAND

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 45.00 | Ø | | 45.00 | 150.00 | | 105.00 |

REMARKS:
SHEEHAN DOES NOT WORK AT 23 ACORN ST PROV. RI HAS NOT WORKED AT LOCATION FOR SEVERAL MONTHS.
1 DUSM 1 MILE
1/2 HOUR 1 ENDEAVOR

PRIOR EDITIONS MAY BE USED

1. CLERK OF THE COURT

FORM USM-285 (Rev. 12/15/80)