UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

NATIONAL ENTERPRISES, INC.
Plaintiff :

vs. : C. A. No. 94-0403T

CLAYTON SHACKLETON :
Defendant :

ENTER: Ernest C. Torres
Ernest C. Torres
US District Judge

March 29, 1995

## STIPULATION OF JUDGMENT

By agreement of the parties, Judgment may enter for the Plaintiff in the amount of $65,968.59.

NATIONAL ENTERPRISES, INC.

By Its Attorney

Maria J. Goncalves

Maria J. Goncalves, Esq. (#4805)
Adler Pollock & Sheehan Incorporated
2300 Hospital Trust Tower
Providence, RI 02903
Tel: (401) 274-7200
Fax: (401) 351-4607
Dated: ~~November ___, 1994~~
March 28, 1995

CLAYTON SHACKLETON

By His Attorney

John T. Sheehan, Esquire
32 Bayside Avenue
Newport, Rhode Island 02840

Attest to True Copy
DAVID A. DIMARZIO
By Francis P. McCabe
Deputy Clerk

RECEIVED
ADLER POLLOCK & SHEEHAN INC.
2300 Hospital Trust Tower
Providence, Rhode Island 02903
MAR 27 1995

I:\DOCS\DOCSNZ\NATLENT\SHACKLE\STIPJ.SAM