Page 62

A. It was a warehouse.
Q. What was the name of the warehouse?
A. Springfield.
Q. Springfield?
A. Storage.
Q. Your building permit was for what purpose?
A. Build a building.
Q. To actually build a building?
A. Yes.
Q. Not refurbish?
A. No.
Q. Have you actually built a building where the Springfield Storage was located?
A. A building was built there, yes.
Q. How much was the total project for?
MR. PARKS: Objection.
A. $40,000.
Q. Did you demolish the warehouse or did you build a new warehouse?
A. No, new warehouse. It was a new little metal building.
Q. It's storage?
A. Yes.
Q. It's a self-storage unit?

Page 63

A. Yes.
Q. Do you have any duties in the renting of self-storage units at that facility?
A. No.
Q. Did you personally build this building or did you subcontract out this building of the building?
A. My father subbed it out.
Q. Did you negotiate the terms of the buying of the land for your parents?
A. They did.
Q. Your parents did?
A. Yes.
Q. Did you deal with any brokers on their behalf at any time?
A. Yes.
Q. Who were the brokers?
A. Located on Oaklawn Avenue.
Q. What was the name of the company?
A. I can't recall the name of the company.
Q. What were your duties when you were dealing with these brokers on behalf of your parents?
A. Go-between.
Q. Did you get paid for your services on behalf of acting as a go-between between your parents and the

Page 64

brokers?
A. No.
Q. Why not?
MR. PARKS: Objection.
A. We're family.
Q. Did you receive any compensation for the acting as the contractor for the Springfield self-storage units' construction?
A. No.
Q. Why not?
MR. PARKS: Objection.
A. That was just considered part of the duties of G. W. Realty. It was just filling out paperwork.
Q. Now we've got to go back to what your duties are, because that's once more --
A. Well, you can go back and say, fill out paperwork.
Q. No, I want to know if there's any other companies that you do business with?
A. It's all G. W. Realty that I work with.
Q. But E. G. Land Company?
A. I have nothing to do with E. G. Land Company; zero.
Q. But your father asked you to do certain work on

Page 65

behalf of that company and you considered it part of your --
A. No, he did not. I've never done anything for E. G. Land Company.
Q. Okay, then we'll rephrase this.
A. Zero to be done at E. G. Land Company.
Q. Besides your duties as --
A. E. G. Land Company --
Q. Let me ask the question.
A. E. G. Land Company is a 40-acre parcel that they've owned since 1967. There's nothing there but trees, ticks, and grass. I don't even go there.
Q. From 1993 to today what has your father asked you to do on behalf of any entity that he owns, controls, or manages that you have done as part of your duties in your position at G. W. Realty, Inc.?
MR. PARKS: Objection; don't answer the question.
MS. LAING: That's a legitimate question.
MR. PARKS: That's what you say.
MS. LAING: I don't see any privilege, do you?
MR. PARKS: I think it's outside the scope of the deposition.

Page 58

companies?
A. Those particular tenants, yes.
Q. And you would have negotiated other leases with other tenants which may not still be tenants at Gateway Plaza, isn't that correct?
A. That's correct.
Q. In your current duties with G. W. Realty, do you negotiate or execute any of the leases?
A. Yes.
Q. How many leases do you think that you have executed since you have withdrawn as an officer of the company?
MR. PARKS: Objection.
A. Maybe five, six.
Q. What five to six companies do you believe would have been executed by yourself on behalf of G. W. Realty when you were not an officer of that company?
MR. PARKS: Objection.
A. Recruiting Solutions; there is a karate studio; Spike's Hotdogs; Cheapskates. That's about it.
Q. Would James Place, Inc., be one, too?
A. Yes. They went out of business. That was a pizza place.
Q. Andor (phonetic) Casa Pizza?

Page 59

A. They're one and the same. They were all the same pizza establishment. They're no longer there. They were where Recruiting Solutions is.
Q. What's the physical address for your father and mother in Florida?
MR. PARKS: Objection.
A. As I gave you before.
Q. You gave me the city.
A. Yes, West Palm, 4100 Ocean Drive, West Palm Beach, Florida. I don't know the zip.
Q. Are you familiar with an entity called E. G. Land Company, LLC?
A. Yes.
Q. What is that entity?
A. It's a company that owns some property in East Greenwich.
Q. How are you familiar with that company?
A. My parents.
Q. Have you ever applied for a building permit in East Greenwich?
A. No.
Q. Have you performed any work for E. G. Land Company?
A. No.
Q. Does E. G. Land Company, LLC, own real estate in

Page 60

East Greenwich?
MR. PARKS: Objection.
A. Yes.
Q. Where does it own real estate at?
A. Division Road. That's my parents' company; it's not mine.
Q. Does your wife have any interest in E. G. Land Company, LLC?
MR. PARKS: Objection.
A. No.
Q. You had indicated you had applied for building permits in East Providence; why did you apply for a building permit in East Providence?
A. My parents used to own some apartments there, and I was only speculating as to if I did or not.
Q. When did you or when would you have applied for a building permit in East Providence?
MR. PARKS: Objection.
A. Early '90s, early/middle '90s.
Q. Do you know if your parents still own those apartments in East Providence?
MR. PARKS: Objection.
A. No.
Q. You have not provided any services to your parents

Page 61

in regard to apartments that they may have owned --
A. No.
Q. I haven't finished the question.
A. I'm just saying, they sold the apartments some time ago. They're not there anymore, they're gone, so...
Q. You also believe that you had applied for a building permit in Cranston, Rhode Island; why did you apply for a building permit in Cranston?
A. They built a building in Cranston.
Q. When you say "they," you mean?
A. My parents; G. W. Realty built a building.
Q. When was that that they built this building?
A. Last year.
Q. Where was it located?
A. Off Atwood Avenue.
Q. Do you recall more of an address?
A. No.
Q. Didn't you have to put an address on the building permit?
A. Yes.
Q. You don't recall the street?
A. No.
Q. What type of building was it?