STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
*Office of the Secretary of State*
***Matthew A. Brown**, Secretary of State*

*Corporations Division*
*148 W. River Street*
*Providence, RI 02904-2615*
*401.222.3040*

# LIMITED LIABILITY COMPANY ANNUAL REPORT FOR THE YEAR 2006

***Filing Period: September 1 - November 1 • Filing Fee: $50.00***

THIS REPORT MUST BE TYPED OR PRINTED LEGIBLY IN BLACK INK

| | | | |
|---|---|---|---|
| 1. ID No. 110282 | 2. Exact name of the limited liability company: EG Land Company LLC | | |
| 3. State of Formation: RI | 4. Brief description of the character of the business which is actually conducted in Rhode Island: Real Estate | | |
| 5. Principal office address: 1645 Warwick Avenue | City: Warwick | State: RI | Zip: 02889 |

6. MAILING ADDRESS OF LIMITED LIABILITY COMPANY AND NAME OR TITLE OF CONTACT PERSON:

| | | | |
|---|---|---|---|
| Contact Name: John Sheehan | Contact Title: Attorney | | |
| Street Address: 1645 Warwick Ave | City: Warwick | State: RI | Zip: 02889 |

7. NAME AND ADDRESS OF EACH MANAGER OF THE LIMITED LIABILITY COMPANY, IF APPLICABLE - DO NOT LIST MEMBERS
FILL IN SPACES BEFORE USING ATTACHMENTS ("X" BOX FOR ATTACHMENT) ☐
ANY MODIFICATIONS TO MANAGERS REQUIRES FILING OF AMENDMENT, R.I.G.L. 7-16-12 (a) (2) / 7-16-52

| | | | | | |
|---|---|---|---|---|---|
| Manager Name | | | Manager Name | | |
| Street Address | | | Street Address | | |
| City | State | Zip | City | State | Zip |
| Manager Name | | | Manager Name | | |
| Street Address | | | Street Address | | |
| City | State | Zip | City | State | Zip |

8. RESIDENT AGENT IN RHODE ISLAND - DO NOT ALTER - Changes require filing of Form 642 - R.I.G.L. 7-16-11.

| | | |
|---|---|---|
| Agent Name: John Sheehan | Address | |
| Address: 34 Bayside Ave | City: Newport | Zip: 02840 |

2006 DEC 20 PM 1:21

*This report must be executed by an authorized person pursuant to R.I.G.L. 7-16-66 (b).*

Under penalty of perjury, I declare and affirm that I have examined this report, including any accompanying schedules and statements, and that all statements contained herein are true and correct.

[signature] 12/20/06
*Signature of Authorized Person* *Date*

C. A. Shackleton
*Print or Type Name of Authorized Person*

| |
|---|
| File Date: FILED |
| Check No. DEC 20 2006 |
| By: AOR 12/06 |
| FOR SECRETARY OF STATE USE ONLY |

Form 632 Rev. 08/06

RI SOS Filing Number: 200700550890 Date: 09/07/2007 4:00 PM

State of Rhode Island
and Providence Plantations
*Office of the Secretary of State*

**A. Ralph Mollis,** *Secretary of State*
*Corporations Division*
*148 W. River Street*
*Providence, RI 02904-2615*
*401.222.3040*

# LIMITED LIABILITY COMPANY ANNUAL REPORT FOR THE YEAR 2007

**Filing Period:** September 1 - November 1 • **Filing Fee:** $50.00
*In accordance with R.I.G.L. 7-16-66 (d), each limited liability company failing or refusing to file its annual report within thirty (30) days after the time prescribed by law (R.I.G.L. 7-16-66 (b&c)) is subject to a penalty fee of $25.00.*

*1. ID No.* 110282
*2. Exact name of the limited liability company* EG Land Company, LLC
*3. State of Formation* RI
*4. Brief description of the character of the business which is actually conducted in Rhode Island* Real Estate
*5. Principal office address* 1645 Warwick Avenue — *City* Warwick — *State* RI — *Zip* 02889

**6. MAILING ADDRESS OF LIMITED LIABILITY COMPANY AND NAME OR TITLE OF CONTACT PERSON:**
*Contact Name* John Sheehan — *Contact Title* Attorney
*Street Address* 1645 Warwick Avenue — *City* Warwick — *State* RI — *Zip* 02889

**7. NAME AND ADDRESS OF EACH MANAGER OF THE LIMITED LIABILITY COMPANY, IF APPLICABLE - DO NOT LIST MEMBERS**
**FILL IN SPACES BEFORE USING ATTACHMENTS** ("X" BOX FOR ATTACHMENT) ☐

*Manager Name* / *Street Address* / *City* / *State* / *Zip* (blank)
*Manager Name* / *Street Address* / *City* / *State* / *Zip* (blank)
*Manager Name* / *Street Address* / *City* / *State* / *Zip* (blank)
*Manager Name* / *Street Address* / *City* / *State* / *Zip* (blank)

**8. RESIDENT AGENT IN RHODE ISLAND - DO NOT ALTER - Changes require filing of Form 642 - R.I.G.L. 7-16-11**
*Agent Name* John Sheehan
*Address* 34 Bayside Ave — *City* Newport, RI — *Zip* 02840

*This report must be executed by an authorized person pursuant to R.I.G.L. 7-16-66 (b).*

**FILED**
SEP 07 2007
By [signature]
23-36255
3:18

110282

2007 SEP -7 PM 3:18
CORPORATIONS DIV
SECRETARY OF STATE
RECEIVED

Under penalty of perjury, I declare and affirm that I have examined this report, including any accompanying schedules and statements, and that all statements contained herein are true and correct.

[signature] 9/7/07
*Signature of Authorized Person* — *Date*

Clayton Shackleton
*Print or Type Name of Authorized Person*

*File Date* ______
*Check No.* ______
*By:* ______
FOR SECRETARY OF STATE USE ONLY

13166-38-163578

Form 632 Rev. 07/07