Case 1:94-cv-00403-T Document 37 Filed 03/07/2008 Page 1 of 1

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

| | |
|---|---|
| PLAINTIFF: NATIONAL ENTERPRISES, INC. | COURT CASE NUMBER: 94-0403T |
| DEFENDANT: CLAYTON SHACKLETON | TYPE OF PROCESS: Writ of Attachment |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
John Sheehan, Esq., Registered Agent for EG Land Company, LLC

**AT** ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
32 Bayside Avenue, Newport, RI 02840

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Melissa M. Horne, Esq.
Winograd, Shine & Zacks, P.C.
123 Dyer Street
Providence, RI 02903

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

U.S. MARSHAL'S OFFICE DISTRICT OF R.I.
2008 FEB 27 A 10:00
RECEIVED

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):*

Writ of Attachment must be served on or before February 28, 2008. A hearing on objections to the attachment is scheduled for March 12, 2008 at 3:00 p.m. in Courtroom A, Pastore Federal Building, Providence, RI 02903.
PLEASE NOTIFY MELISSA M. HORNE, ESQ. (401) 273-8300 ONCE SERVICE IS COMPLETE.

| Signature of Attorney or other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| [signature] National Enterprises, Inc. | ☒ PLAINTIFF ☐ DEFENDANT | (401) 273-8300 | 2/27/08 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 70 | No. 70 | Edward R. Kawa | 2/27/08 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address *(complete only if different than shown above)*

| Date of Service | Time am / pm |
|---|---|
| | |

Signature of U.S. Marshal or Deputy: C. Moore

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 180.00 | 52.38 | | 232.38 | $150.00 | $82.38 | |

REMARKS:
DOESN'T LIVE THERE 1216 HRS 2/29/08 (1 DEP) (1 HR) 38 MILES 1 WAY / 34 BAYSIDE HOUSE IS EMPTY C. MOORE 80 MILES TOTAL
1645 WARWICK AVE SUITE 201 EMPTY - 2/28/08 1410 P.M. (1 DEP) (3 1/2 HRS) NO SERVICE (28 MILES)

1645 WARWICK AVE # 201

**PRIOR EDITIONS MAY BE USED**

**1. CLERK OF THE COURT**

**FORM USM-285 (Rev. 12/15/80)**