UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

NATIONAL ENTERPRISES, INC.,
Plaintiff,

vs.

C.A. NO. 94-0403T

CLAYTON SHACKLETON,
Defendant.

## AFFIDAVIT OF TIMOTHY C. TALLARIDA

I, Timothy C. Tallarida, being first duly sworn under oath, depose and state as follows:

1. I make this Affidavit in support of the Motion for Temporary Restraining Order/Preliminary Injunction.

2. Except for those statements made on information and belief, I have personal knowledge of and am competent to testify to the matters set forth in this affidavit.

3. I am employed by National Enterprises, Inc. ("NEI") as a Senior Asset Manager and have responsibility for collection of the debt owed by Clayton Shackleton to NEI.

4. In August 1994, NEI brought suit against Shackleton to enforce a promissory note and mortgage given by Shackleton to Colonial Savings & Mortgage in 1989 which NEI subsequently acquired.

5. Shackleton eventually agreed to the entry of a Stipulation of Judgment in the amount of $65,968.59, which was entered by the United States District Court for the District of Rhode Island.

6. Demand for payment of the judgment was made and refused.

7. A writ of execution served upon Shackleton on August 25, 1995 was returned unsatisfied.

8. NEI's post-judgment discovery relative to Shackleton's assets indicated that he apparently had no assets from which NEI's judgment could be satisfied.

9. The amount currently due on the judgment is $150,050.28, based on the post-judgment interest rate of 6.57% as calculated on the attached spreadsheet.

10. NEI recently learned that Shackleton may have an interest in EGLC.

11. Upon information and belief, EGLC's only assets are three parcels of real estate in East Greenwich, Rhode Island that are subject to a purchase and sale agreement between EGLC and New England Institute of Technology (the "Real Estate").

12. Upon information and belief, a closing on the sale of the Real Estate is scheduled for February 29, 2008.

13. NEI will suffer irreparable harm if EGLC is permitted to distribute to Shackleton the proceeds of the sale of the Real Estate because such a distribution will likely render Shackleton's interest in EGLC worthless.

SIGNED UNDER THE PENALTIES OF PERJURY THIS 21st day of February, 2008.

STATE OF CALIFORNIA
COUNTY OF SAN DIEGO

On the 21ST day of February, 2008, before me personally appeared TIMOTHY TALLARIDA, to me known and known by me to be the person executing the foregoing Affidavit, and he acknowledged said Affidavit to be true and correct to the best of his knowledge, and to be his free act and deed.

MARILOU ALVAREZ
Commission # 1706035
Notary Public - California
San Diego County
My Comm. Expires Nov 19, 2010

Notary Public
My Commission Expires: NOV. 19, 2010

**National Enterprises, Inc. v. Shackleton, Clayton**
**$65,968.59 Judgment dated March 28, 1995**
**Calculation of Accrued Interest**

| | Dates | Days | Rate | Payments | Interest | Principal |
|---|---|---|---|---|---|---|
| | 3/28/1995 | | | | | $65,968.59 |
| 1995 | 3/28/1996 | 366 | 6.57% | | $4,346.01 | $70,314.60 |
| 1996 | 3/28/1997 | 365 | 6.57% | | $4,619.67 | $74,934.27 |
| 1997 | 3/28/1998 | 365 | 6.57% | | $4,923.18 | $79,857.45 |
| 1998 | 3/28/1999 | 365 | 6.57% | | $5,246.63 | $85,104.09 |
| 1999 | 3/28/2000 | 366 | 6.57% | | $5,606.66 | $90,710.74 |
| 2000 | 3/28/2001 | 365 | 6.57% | | $5,959.70 | $96,670.44 |
| 2001 | 3/28/2002 | 365 | 6.57% | | $6,351.25 | $103,021.69 |
| 2002 | 3/28/2003 | 365 | 6.57% | | $6,768.52 | $109,790.21 |
| 2003 | 3/28/2004 | 366 | 6.57% | | $7,232.98 | $117,023.19 |
| 2004 | 3/28/2005 | 365 | 6.57% | | $7,688.42 | $124,711.61 |
| 2005 | 3/28/2006 | 365 | 6.57% | | $8,193.55 | $132,905.17 |
| 2006 | 3/28/2007 | 365 | 6.57% | | $8,731.87 | $141,637.04 |
| 2007 | 2/21/2008 | 330 | 6.57% | | $8,413.24 | **$150,050.28** |