**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**NATIONAL ENTERPRISES, INC.,**
**Plaintiff,**

**vs.** **C.A. NO. 94-0403 T**
**EXPEDITED CONSIDERATION REQUESTED**

**CLAYTON SHACKLETON,**
**Defendant.**

**EX-PARTE MOTION FOR POST-JUDGMENT CHARGING ORDER**

Plaintiff, National Enterprises, Inc. ("NEI"), moves pursuant to Fed.R.Civ.P. 69 and R.I. Gen. Laws § 7-16-37 for an Ex-Parte Post-Judgment Charging Order in the amount of $150,050.28, plus accruing interest, against any and all interest of Defendant Clayton Shackleton in EG Land Company, LLC. As support for this motion, NEI states as follows:

1. On March 29, 1995, this Court entered a Stipulation of Judgment in favor of Plaintiff, National Enterprises, Inc., and against Defendant, Clayton Shackleton, in the amount of $65,968.59. A copy of the Stipulation of Judgment is attached as **Exhibit A**.

2. Demand for payment of the judgment was made and refused.

3. A writ of execution served upon Shackleton on August 25, 1995 was returned unsatisfied.

4. The amount due on the judgment as of February 21, 2008 is $150,050.28, based on the accrual of interest at the post-judgment interest rate of 6.57% pursuant to 28 U.S.C. § 1961. Interest will continue to accrue at the per diem rate of $25.49.

5. NEI recently learned that Shackleton may have an interest in EG Land Company, LLC.

6. EG Land Company, LLC owns three parcels of real estate in East Greenwich, Rhode Island that are subject to a purchase and sale agreement between EG Land Company, LLC and New England Institute of Technology.

7. Pursuant to Fed. R. Civ. P. 69, this Court shall follow the procedure provided by the law of the State of Rhode Island in proceedings supplementary to and in aid of a judgment.

8. R.I. Gen. Laws § 7-16-37 provides, "On application to a court of competent jurisdiction by any judgment creditor of a member, the court may charge the membership interest of the member with payment of the unsatisfied amount of judgment with interest. To the extent charged, the judgment creditor has only the rights of an assignee of the membership interest."

9. Pursuant to R.I. Gen. Laws § 7-16-35, a charging order will entitle NEI to obtain any distributions to which

Shackleton would be entitled to the extent of the charging order.

WHEREFORE, Plaintiff, National Enterprises, Inc., requests that this Court

(a) Issue an Ex-Parte Post-Judgment Charging Order charging any and all interest Defendant Clayton Shackleton may have in EG Land Company, LLC in the amount of $150,050.28, plus interest accruing at the rate of $25.49 from February 22, 2008; and

(b) Grant such other and further relief as justice may require.

**NATIONAL ENTERPRISES, INC.,**

/s/ Melissa M. Horne, Esq.

Melissa M. Horne, Esq.
State Bar No. 5291
Winograd, Shine & Zacks, P.C.
123 Dyer Street
Providence, RI 02903
Telephone: (401) 273-8300
Facsimile: (401) 272-5728
Dated: March 11, 2008

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**NATIONAL ENTERPRISES, INC.,**
**Plaintiff,**

**vs.** **C.A. NO. 94-0403 T**
**EXPEDITED CONSIDERATION REQUESTED**

**CLAYTON SHACKLETON,**
**Defendant.**

**MEMORANDUM IN SUPPORT OF**
**MOTION FOR EX-PARTE POST-JUDGMENT CHARGING ORDER**

Plaintiff, National Enterprises, Inc. ("NEI"), submits this Memorandum in support of its Motion for Ex-Parte Post-Judgment Charging Order, pursuant to which NEI requests this Court to issue, on an ex-parte, expedited basis, a Post-Judgment Charging Order in the amount of $150,050.28, plus accruing interest, against any and all interest of Defendant Clayton Shackleton in EG Land Company, LLC ("EGLC").

**FACTUAL BACKGROUND**

On March 29, 1995, this Court entered a Stipulation of Judgment in favor of NEI and against Shackleton, in the amount of $65,968.59. To date, NEI's efforts to collect on the judgment have been unsuccessful.

NEI recently learned that Shackleton may have an interest in EGLC. Upon information and belief, EGLC's only

assets are three parcels of real estate in East Greenwich, Rhode Island that are subject to a purchase and sale agreement between EGLC and New England Institute of Technology (the "Real Estate").

Pursuant to R.I. Gen. Laws § 7-16-37, NEI requests this Court to issue a Post-Judgment Charging Order in the amount of $150,050.28, plus accruing interest, against any and all interest of Defendant Clayton Shackleton in EG Land Company, LLC. NEI makes this request for expedited consideration because it wants to secure its claim to any interest Shackleton may have in EGLC prior to the date the Real Estate is sold and any distribution of the proceeds is made.

**LEGAL ARGUMENT**

Pursuant to Fed.R.Civ.P. 69, this Court shall utilize procedures provided by the law of the State of Rhode Island in proceedings supplementary to and in aid of a judgment. R.I. Gen. Laws § 7-16-37 provides,

> On application to a court of competent jurisdiction by any judgment creditor of a member, the court may charge the membership interest of the member with payment of the unsatisfied amount of judgment with interest.

Pursuant to R.I. Gen. Laws § 7-16-35, a charging order will entitle NEI to obtain any distributions to which Shackleton might be entitled.

**CONCLUSION**

Based on the foregoing, this Court should issue a Post-Judgment Charging Order charging any and all interest Defendant Clayton Shackleton may have in EG Land Company, LLC in the amount of $150,050.28, plus interest accruing at the rate of $25.49 from February 22, 2008.

**NATIONAL ENTERPRISES, INC.,**

/s/ Melissa M. Horne, Esq.

Melissa M. Horne, Esq.
State Bar No. 5291
Winograd, Shine & Zacks, P.C.
123 Dyer Street
Providence, RI 02903
Telephone: (401) 273-8300
Facsimile: (401) 272-5728
Dated: March 11, 2008