**EXHIBIT A**

1. All passbooks and bank statements with respect to any savings accounts in which you had an interest from July 1, 2001 through the date of production.

2. All personal checkbooks, bank statements, check registers, check stubs, and cancelled checks in your name, whether individually or jointly, or on which you are or have been an authorized signatory from July 1, 2001 through the date of production.

3. Deeds to all real property owned by you during the period from July 1, 2001 through the date of production whether such property is or was owned individually or jointly with any other person or entity.

4. Any and all corporate securities owned personally by you from July 1, 2001 through the date of production.

5. Copies of your personal (or joint) U.S. income tax returns for the years 2001 through the date of production. In the event that a tax return for the present year has not yet been filed, any and all W-2 forms, K-1 forms, or other documentation of whatever kind or nature which would tend to fully disclose your income for the present year and all deductions to which you may be entitled in filing same.

6. The title certificates, registration certificates, bills of sale, lease agreements or other evidence of your

ownership from July 1, 2001 through the date of production of any of the following described personal property owned personally by you, whether individually or jointly with another person or entity:

a. Motor vehicles of any type;

b. Commercial business, or construction equipment of any type; and/or

c. Boats, planes, or other vessels of any type.

7. Any documents related to your interest in the administration of any estate of any deceased person from July 1, 2001 through the date of production.

8. With regard to any business enterprise, whether in the form of a privately held corporation, partnership, joint venture, limited liability company or other form, in which you were an officer, director, manager or in which you had an interest from July 1, 2001 through the date of production:

a. All passbooks and bank statements with respect to all savings accounts, checking accounts, certificates of deposit, money market accounts, or other accounts owned by said entity or entities from July 1, 2001 through the date of production;

b. All checkbooks, bank statements, check registers, check stubs, and cancelled checks with regard to any and all checking accounts owned by said entity or entities from July 1, 2001 through the date of production;

c. The deeds to all real property owned by said entity or entities from July 1, 2001 through the date of production;

d. Any and all corporate securities owned by such entity or entities from July 1, 2001 through the date of production;

e. Accounts receivable ledgers or other records which set forth the names and addresses of all persons or business enterprises that are or were indebted to said entity or entities and the amount of such indebtedness from July 1, 2001 through the date of production;

f. Copies of any and all partnership or corporate income tax returns filed by said entity or entities from July 1, 2001 through the date of production;

g. Copies of all balance sheets and profit and loss statements prepared with regard to said entity or entities from July 1, 2001 through the date of production;

h. Any and all ledgers and journals which would fully disclose the financial condition of said entity or entities from July 1, 2001 through the date of production;

i. The title certificates, registration certificates, bills of sale, or other evidence of ownership with respect to any of the following described real property owned by said entity or entities from July 1, 2001 through the date of production:

   i) Motor vehicles of any type;

   ii) Commercial, business or construction equipment of any type;

   iii) Inventory; and/or

   iv) Boats, planes, or other vessels of any type.

9. Any and all existing life insurance policies on you or your family, including insurance paid for you, by you, or by any other person or entity.

10. All monthly statements from any stockbroker with which you had an account from July 1, 2001 through the date of production.

11. All loan applications, including supporting financial statements or financial disclosures, promissory notes or other evidence of debt incurred by you from July 1, 2001 through the date of production.

12. All statements of account for all credit accounts and any other charge accounts which you have maintained from July 1, 2001 through the date of production.

13. A copy of the trust instrument for any trust in which you are a trustee or beneficiary or were a trustee or beneficiary from July 1, 2001 through the date of production.

14. Any power of attorney which has been given to you to act for any person from July 1, 2001 through the date of production.

15. Any appraisal report which you have received for any realty in which you have held any interest from July 1, 2001 through the date of production.

16. All statements related to any pension or retirement plan in which you have an interest, showing the extent of your interest as of the latest statements received, and disbursements of any such account from July 1, 2001 through the date of production.

17. All correspondence, documents, financial statements, distribution statements, or any other writings, showing the amounts you have received either as salary, dividends, or partnership payments from any entity from July 1, 2001 through the date of production.

18. All correspondence, promissory notes, contracts, or other writings which show or document any monies owed to you by any other person, regardless of whether said monies are still due and owing, from July 1, 2001 through the date of production.

19. All correspondence, promissory notes, contracts, or other writings which show or document any monies you presently owe to any other person or money you owed to any other person, regardless of whether said monies are still due and owing, from July 1, 2001 through the date of production.

20. Copies of all judgments which have been or are now held by any other person or entity against you, regardless of whether or not said judgments have been satisfied, from July 1, 2001 through the date of production.

21. Copies of all judgments you presently hold against any other person or entity or which you held against any other person or entity, regardless of whether or not said judgments have been satisfied, from July 1, 2001 through the date of production.

22. Copies of all promissory notes, and/or account statements for any loan which you have received from any bank, trust company, savings and loan institution, credit union, or other organization from July 1, 2001 through the date of production.

23. Any rental statements for any safety deposit box or boxes which you have or have had from July 1, 2001 through the date of production, including any such box jointly held.

24. Copies of all written inventories, appraisals, lists and/or descriptions of your personal property which have been prepared from July 1, 2001 through the date of production.

25. The original and copies of all real estate tax bills and paid tax receipts for any and all real property which you presently own or have any interest in, either individually or jointly with some other person, wherever located, or that you have owned or had any interest in from July 1, 2001 through the date of production.

26. Copies of all mortgage instruments wherein you are or were either mortgagor or mortgagee from July 1, 2001 through the date of production.

27. All real property tax bills, homestead exemption receipts, title insurance policies, bills of sale, mortgages, promissory notes, deposit receipt contracts, and all closing statements in regard to the sale or purchase of any real or personal property which you bought or sold, whether individually or jointly, from July 1, 2001 through the date of production.

28. Copies of all applications for credit or loans from any bank, credit union, or lending institution, or issuer of credit cards, and of any financial statements prepared by you or on your behalf from July 1, 2001 through the date of production.

29. Any employment agreement made by you in connection with your employment from July 1, 2001 through the date of production.

30. All bonds or other securities presently owned, or copies of any bonds or securities which you have owned from July 1, 2001 through the date of production.

31. Copies of all state and city intangible tax returns filed by you, and worksheets in connection therewith, from July 1, 2001 through the date of production.

32. Copies of all federal gift tax returns filed by you, and worksheets in connection therewith, from July 1, 2001 through the date of production.

33. All homeowner's or renter's insurance policies and endorsements or riders thereto, purchased by you or on your behalf, from July 1, 2001 through the date of production.

34. All contracts, documents, or other writings which relate to, or show your interest in, any other asset which is not covered by the preceding requests for production.

35. Any pension plan, profit sharing plan, Keogh retirement plan, or professional association in which you are now or have been a participant from July 1, 2001 through the date of production.