UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

NATIONAL ENTERPRISES, INC.,
    Plaintiff,

vs.                                    C.A. NO. 94-0403 T

CLAYTON SHACKLETON,
    Defendant.

## POST-JUDGMENT CHARGING ORDER

This matter came to be considered by Judge Ernest C. Torres on March 12, 2008, on Plaintiff's Ex-Parte Motion for Post-Judgment Charging Order. The Court having read the Ex-Parte Motion for Post-Judgment Charging Order and having considered the further evidence and argument presented at the conference conducted in connection with the Ex-Parte Motion for Post-Judgment Charging Order, it is hereby

**ORDERED, ADJUDGED AND DECREED:**

1. That Plaintiff's Ex-Parte Motion for Post-Judgment Charging Order is granted.

2. That pursuant to R.I. Gen. Laws § 7-16-37, this Order shall constitute a charge in the amount of $150,050.28 in favor of Plaintiff National Enterprises, Inc. against any membership interest Defendant Clayton Shackleton may have in EG Land Company LLC.

3. That a hearing on Plaintiff's Ex-Parte Post-Judgment Charging Order shall take place on March 18, 2008,

at 2:45 p.m., or as soon thereafter as counsel can be heard.

Enter:                                              Per Order:

*[signature: Ernest C Jones]*                       *[signature]*

Dated: 3/13/08                                      Clerk

This Order prepared by:

Melissa M. Horne Esq.
State Bar No. 5291
WINOGRAD, SHINE & ZACKS, P.C.
123 Dyer Street
Providence, RI 02903
Telephone: (401) 273-8300
Facsimile: (401) 272-5728

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

**NATIONAL ENTERPRISES, INC.,**
    Plaintiff,

vs.                                    C.A. NO. 94-0403 T

**CLAYTON SHACKLETON,**
    Defendant.

## NOTICE OF HEARING

Please take notice that there will be a hearing on the 18th day of March 2008, at 2:45 p.m., or as soon thereafter as counsel can be heard, before Honorable Ernest C. Torres, United States District Court for the District of Rhode Island, 2 Exchange Terrace, Providence, Rhode Island on:

1. Plaintiff's Motion for Temporary Injunction/Restraining Order; and

2. Plaintiff's Motion for Post-Judgment Charging Order.

                                      **NATIONAL ENTERPRISES, INC.,**

                                      /s/ Melissa M. Horne, Esq.
                                      Melissa M. Horne, Esq.
                                      State Bar No. 5291
                                      Winograd, Shine & Zacks, P.C.
                                      123 Dyer Street
                                      Providence, RI 02903
                                      Telephone: (401) 273-8300
                                      Facsimile: (401) 272-5728
                                      Dated: March 13, 2008