UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
MAR 13 2008
Property of U.S. District Court
of Rhode Island

NATIONAL ENTERPRISES, INC.,
Plaintiff,

vs. C.A. NO. 94-0403 T

CLAYTON SHACKLETON,
Defendant.

## POST-JUDGMENT CHARGING ORDER

This matter came to be considered by Judge Ernest C. Torres on March 12, 2008, on Plaintiff's Ex-Parte Motion for Post-Judgment Charging Order. The Court having read the Ex-Parte Motion for Post-Judgment Charging Order and having considered the further evidence and argument presented at the conference conducted in connection with the Ex-Parte Motion for Post-Judgment Charging Order, it is hereby

**ORDERED, ADJUDGED AND DECREED:**

1. That Plaintiff's Ex-Parte Motion for Post-Judgment Charging Order is granted.

2. That pursuant to R.I. Gen. Laws § 7-16-37, this Order shall constitute a charge in the amount of $150,050.28 in favor of Plaintiff National Enterprises, Inc. against any membership interest Defendant Clayton Shackleton may have in EG Land Company LLC.

3. That a hearing on Plaintiff's Ex-Parte Post-Judgment Charging Order shall take place on March 18, 2008,

at 2:45 p.m., or as soon thereafter as counsel can be heard.

Enter: Per Order:

Ernest C Torres

Dated: 3/13/08

Clerk

This Order prepared by:

Melissa M. Horne Esq.
State Bar No. 5291
WINOGRAD, SHINE & ZACKS, P.C.
123 Dyer Street
Providence, RI 02903
Telephone: (401) 273-8300
Facsimile: (401) 272-5728

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**NATIONAL ENTERPRISES, INC.,**
**Plaintiff,**

**vs.** **C.A. NO. 94-0403 T**

**CLAYTON SHACKLETON,**
**Defendant.**

**NOTICE OF HEARING**

Please take notice that there will be a hearing on the 18th day of March 2008, at 2:45 p.m., or as soon thereafter as counsel can be heard, before Honorable Ernest C. Torres, United States District Court for the District of Rhode Island, 2 Exchange Terrace, Providence, Rhode Island on:

1. Plaintiff's Motion for Temporary Injunction/Restraining Order; and
2. Plaintiff's Motion for Post-Judgment Charging Order.

**NATIONAL ENTERPRISES, INC.,**

/s/ Melissa M. Horne, Esq.

Melissa M. Horne, Esq.
State Bar No. 5291
Winograd, Shine & Zacks, P.C.
123 Dyer Street
Providence, RI 02903
Telephone: (401) 273-8300
Facsimile: (401) 272-5728
Dated: March 13, 2008