**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**NATIONAL ENTERPRISES, INC.,**
**Plaintiff,**

**vs.**

**C.A. NO. 94-0403T**

**CLAYTON SHACKLETON,**
**Defendant.**

**CERTIFICATE OF SERVICE**

I certify that on March 17, 2008, I served the following documents on Defendant Clayton Shackleton by hand-delivering them to William Landry, Esq., Blish & Cavanaugh, LLP, 30 Exchange Terrace, Providence, Rhode Island 02903:

1. Temporary Restraining Order;
2. Post-Judgment Charging Order; and
3. Notice of Hearing.

**NATIONAL ENTERPRISES, INC.**

/s/ Melissa M. Horne, Esq.

Melissa M. Horne, Esq.
State Bar No. 5291
Winograd, Shine & Zacks, P.C.
123 Dyer Street
Providence, RI 02903
Telephone: (401) 273-8300
Facsimile: (401) 272-5728

Dated: March 18, 2008