**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**NATIONAL ENTERPRISES, INC.,**
**Plaintiff,**

**vs.** **C.A. NO. 94-0403 T**

**CLAYTON SHACKLETON,**
**Defendant.**

**POST-JUDGMENT CHARGING ORDER**

This matter came on for hearing before Judge Ernest C. Torres on March 18, 2008, on Plaintiff's Motion for Post-Judgment Charging Order. No objection having been made following service of the Motion for Charging Order and the Notice of Hearing upon Defendant, Clayton Shackleton, it is hereby

**ORDERED, ADJUDGED AND DECREED:**

1. That Plaintiff's Ex-Parte Motion for Post-Judgment Charging Order is granted.

2. That pursuant to R.I. Gen. Laws § 7-16-37, this Order shall constitute a charge in the amount of $150,050.28 in favor of Plaintiff National Enterprises, Inc. against any membership interest Defendant Clayton

Shackleton may have in EG Land Company LLC.

Enter: Per Order:

Ernest C Torres
Dated: 3/18/08

Ranaf Smith
Clerk

This Order prepared by:

Melissa M. Horne Esq.
State Bar No. 5291
WINOGRAD, SHINE & ZACKS, P.C.
123 Dyer Street
Providence, RI 02903
Telephone: (401) 273-8300
Facsimile: (401) 272-5728