**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**NATIONAL ENTERPRISES, INC.,**
**Plaintiff,**

**vs.** **C.A. NO. 94-0403 T**

**CLAYTON SHACKLETON,**
**Defendant.**

## PRELIMINARY INJUNCTION

This matter came to be considered by Judge Ernest C. Torres on March 18, 2008, on Plaintiff's Ex-Parte Motion for Temporary Restraining Order/Preliminary Injunction.

No objection having been made following service of the Temporary Restraining Order entered on March 13, 2008 and the Notice of Hearing upon Defendant, Clayton Shackleton, and the Court having read the Ex-Parte Motion for Temporary Restraining Order/Preliminary Injunction, the Memorandum in Support of Motion for Temporary Restraining Order/Preliminary Injunction, the Affidavits of Timothy Tallarida and Melissa Horne, and having considered the further evidence and argument presented at the hearing, it appears that, unless Defendant Clayton Shackleton is restrained from transferring or assigning any interest he may have in EG Land Company, LLC ("EGLC"), the Writ of Attachment attaching Shackleton's interest in EGLC will become worthless and cause irreparable harm to Plaintiff National Enterprises, Inc. It further appears that (i) Plaintiff has a likelihood of success on the merits of this

action; (ii) the balance of the hardships tips decisively in favor of Plaintiff; and (iii) the injunction will benefit the public interest. As a result, it is hereby

**ORDERED, ADJUDGED AND DECREED:**

1. That effective March 12, 2008 and pending satisfaction of the Judgment entered against Defendant in favor of Plaintiff on March 29, 1995, Defendant Clayton Shackleton is and shall be restrained from transferring or assigning any interest he may have in EG Land Company, LLC ("EGLC").

Enter:

Ernest C Torres

Dated: 3/18/08

Per Order:

Ranyl Smith

Clerk

This Order prepared by:

Melissa M. Horne Esq.
State Bar No. 5291
WINOGRAD, SHINE & ZACKS, P.C.
123 Dyer Street
Providence, RI 02903
Telephone: (401) 273-8300
Facsimile: (401) 272-5728