**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**NATIONAL ENTERPRISES, INC.,**
**Plaintiff,**

**vs.**

**C.A. NO. 94-0403T**

**CLAYTON SHACKLETON,**
**Defendant.**

**MOTION FOR ORDER ADJUDGING DEFENDANT IN CONTEMPT AND COMPELLING COMPLIANCE WITH SUBPOENA DUCES TECUM**

Pursuant to Fed.R.Civ.P. 45, Plaintiff, National Enterprises, Inc., moves for an Order adjudging Defendant, Clayton Shackleton, in contempt and compelling him to appear for a deposition and to produce documents pursuant to the Supoena Duces Tecum served on Shackleton on March 10, 2008. Counsel for Plaintiff certifies that she has attempted to confer with Shackleton's attorney in an effort to obtain the requested discovery without court action.

As support for this Motion, Plaintiff relies on the accompanying Memorandum in Support of Motion for Order Adjudging Defendant in Contempt and Compelling Compliance with Subpoena Duces Tecum.

WHEREFORE, Plaintiff, National Enterprises, Inc., requests this Court to enter an Order (1) adjudging Defendant, Clayton Shackleton, in contempt; (2) compelling

Defendant to appear for a deposition and to produce the documents requested by the Subpoena Duces Tecum served on Shackleton on March 10, 2008; (3) ordering Defendant to pay NEI's reasonable expenses, including attorney's fees, of bringing this Motion for Order Adjudging Defendant in Contempt and Compelling Compliance with Subpoena Duces Tecum; and (4) granting such other relief as justice requires.

**NATIONAL ENTERPRISES, INC.,**

/s/ Melissa M. Horne, Esq.

Melissa M. Horne, Esq.
State Bar No. 5291
Winograd, Shine & Zacks, P.C.
123 Dyer Street
Providence, RI 02903
Telephone: (401) 273-8300
Facsimile: (401) 272-5728
Dated: March 28, 2008

**CERTIFICATION**

I certify that on the 28th day of March, 2008, I caused a copy of the foregoing pleading to be served by regular mail to John T. Sheehan, Esq., 32 Bayside Avenue, Newport, RI 02840.

/s/ Melissa M. Horne, Esq.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**NATIONAL ENTERPRISES, INC.,**
**Plaintiff,**

**vs.**

**C.A. NO. 94-0403T**

**CLAYTON SHACKLETON,**
**Defendant.**

**MEMORANDUM IN SUPPORT OF**
**MOTION FOR ORDER ADJUDGING DEFENDANT IN CONTEMPT AND**
**COMPELLING COMPLIANCE WITH SUBPOENA DUCES TECUM**

Plaintiff, National Enterprises, Inc. ("NEI"), submits this memorandum in support of its Motion for Order Adjudging Defendant in Contempt and Compelling Compliance with Subpoena Duces Tecum.

**BACKGROUND**

NEI initially brought suit against Defendant Clayton Shackleton in August 1994 to enforce a promissory note and mortgage Shackleton gave to Colonial Savings & Mortgage in 1989 and which NEI subsequently acquired. On March 29, 1995, this Court entered a Stipulation of Judgment in favor of NEI and against Shackleton, in the amount of $65,968.59. NEI made demand for payment of the judgment but payment was refused by Shackleton.

As part of its continuing efforts to satisfy its judgment, NEI served Shackleton with a Subpoena Duces Tecum on March 10, 2008. The Subpoena commanded Shackleton to produce documents relating to his financial condition and to appear to testify at a deposition on March 17, 2008. A copy of the Subpoena Duces Tecum is attached as **Exhibit A**.

Shackleton failed to produce any documents and did not appear for the deposition. Shackleton did not file a motion requesting this Court to quash or modify the Subpoena, nor did he make any written objection to the Subpoena.

**ARGUMENT**

Fed. R. Civ. P. 45 governs subpoenas. Rule 45(c)(3) provides that, by timely motion, a subpeona recipient may request the court to quash or modify an objectionable subpoena. Failure to timely file a motion to quash constitutes a waiver of any objections to the subpoena. Steven Baicker-McKee, William M. Janssen & John B. Corr, *Federal Civil Rules Handbook* 865 (2007)

Fed. R. Civ. P. 45(e) permits the court to "hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena." In addition, Fed. R. Civ. P. 37 provides that a party may move for an order compelling discovery and awarding sanctions, including the

payment of reasonable expenses and attorney's fees caused by a party's failure to appear at his own deposition.

Shackleton was properly served with a valid subpoena duces tecum but failed to produce the requested documents or appear for his deposition. He has advanced no adequate excuse for disobeying the subpoena. Shackleton should be ordered to produce the requested documents and to appear to testify at a deposition. In addition, Shackleton should be adjudged to be in contempt and be ordered to pay NEI's reasonable expenses, including attorney's fees, of bringing the Motion for Order Adjudging Defendant in Contempt and Compelling Compliance with Subpoena Duces Tecum.

**NATIONAL ENTERPRISES, INC.,**

/s/ Melissa M. Horne, Esq.
Melissa M. Horne, Esq.
State Bar No. 5291
Winograd, Shine & Zacks, P.C.
123 Dyer Street
Providence, RI 02903
Telephone: (401) 273-8300
Facsimile: (401) 272-5728
Dated: March 28, 2008

**CERTIFICATION**

I certify that on the 28th day of March, 2008, I caused a copy of the foregoing pleading to be served by regular mail to John T. Sheehan, Esq., 32 Bayside Avenue, Newport, RI 02840.

/s/ Melissa M. Horne, Esq.