UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

NATIONAL ENTERPRISES, INC.

v. C.A. No. 94-0403T

CLAYTON SHACKLETON

**ORDER IN RESPONSE TO PLAINTIFF'S MOTION TO ADJUDGE DEFENDANT IN CONTEMPT**

The plaintiff's motion for an order adjudging defendant in contempt for failing to appear for a scheduled deposition in response to a subpoena duces tecum is treated as a motion ordering the defendant to show cause why he should not be adjudged in contempt; and, as such, the motion is granted. Accordingly, it is hereby ORDERED that:

1. Defendant Clayton Shackleton is directed to appear on May 21, 2008 at 10:30 AM and show cause why he should not be adjudged in contempt for failure to comply with the subpoena duces tecum served on him on March 10, 2008.

2. Plaintiff's counsel shall cause this order to be served upon defendant Shackleton no later than May 14, 2008 and shall file proof of service with the Court.

By Order,

Deputy Clerk

ENTER:

Ernest C. Torres
Senior United States District Judge

Date: 5/6, 2008