**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**NATIONAL ENTERPRISES, INC.,**
**Plaintiff,**

**vs.** **C.A. NO. 94-0403 T**

**CLAYTON SHACKLETON,**
**Defendant.**

**PROOF OF SERVICE**

STATE OF RHODE ISLAND
COUNTY OF PROVIDENCE

I hereby certify that on this 10th day of May, 2008, at 9:11, A.m., I served a copy of **Order in Response to Plaintiff's Motion to Adjudge Defendant in Contempt** on Clayton Shackleton, 261 Betsy Williams Road, Warwick, Rhode Island 02889-2908 by delivering a copy of the **Order** **(check one below)**:

✓ 1. to Clayton Shackleton personally; or

___ 2. by leaving a copy of the **Order** at Clayton Shackleton's dwelling house with a person of suitable age and discretion then residing therein.

By [signature]

Printed Name THOMAS J. SHERMAN

Title: RI CONSTABLE #6102

Date: 5/10-08