**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**NATIONAL ENTERPRISES, INC.,**
**Plaintiff,**

**vs.** **C.A. NO. 94-0403 T**

**CLAYTON SHACKLETON,**
**Defendant.**

**STIPULATION**

Plaintiff, National Enterprises, Inc., and Defendant, Clayton Shackleton, stipulate as follows:

1. Stephen R. White, Esq. hereby enters his appearance as counsel for Defendant, Clayton Shackleton.

2. Plaintiff, National Enterprises, Inc., hereby represents that the Judgment entered against Defendant, Clayton Shackleton, has been fully satisfied by a payment from Clayton Shackleton in the amount of $147,500.00.

3. In consideration of the payment from Clayton Shackleton, Plaintiff withdraws its pending Motion for Order Adjudging Defendant in Contempt and Compelling

Compliance with Subpoena Duces Tecum and dismisses the above-captioned action with prejudice.

**National Enterprises, Inc.**
by its attorney,

/s/ Melissa M. Horne
Melissa M. Horne, Esq.
State Bar No. 5291
Winograd, Shine & Zacks, P.C.
123 Dyer Street
Providence, RI 02903
Telephone: 401-273-8300
Facsimile: 401-272-5728

**Clayton Shackleton**
by his attorney,

/s/ Stephen R. White
Stephen R. White, Esq.
State Bar No. 2372
200 Centerville Road
Warwick, RI 02886
Telephone: 401-732-3939
Facsimile: 401-737-0028